UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ATUL JAIN,

    Plaintiff,

v.                                      Case No.: 8:23-cv-00872-MSS-AAS

THE TOWERS OF CHANNELSIDE
CONDOMINIUM ASSOCIATION, INC;
MARILYN DAILY; LOU GALDIERI;
JOANN PETRUZZELLA; WILLIAM
RUSSELL; EDWARD ROSE; STEPHEN
WALKERS; MICHAEL LEADS; STEPHEN
SCHWARTZ; JANE BONNER and
SHEILD COATINGS & WEATHERPROOFING, INC.,

    Defendants.
_____/

## ORDER

Plaintiff Atul Jain moves to compel responsive documents to his First Request for Production. (Doc. 52). Defendants The Towers of Channelside Condominium Association and Stephen Walters (collectively, the defendants) respond that, after further conferral on the motion to compel, the parties are actively attempting to resolve this discovery dispute with a further goal of attempting again to resolve the entire case via a second mediation to be scheduled in June. (Doc. 55). Consequently, the defendants agree to respond to Mr. Jain's written discovery requests within 30 days from this court's order. (Doc. 55, p. 2).

1

Accordingly, Mr. Jain's Motion to Compel (Doc. 52) is **GRANTED**. The defendants must produce all responsive, non-privileged documents in their possession, custody, or control in response to Mr. Jain's First Request for Production by **June 21, 2024**. Due to the parties' agreement to proceed in this fashion, the court concludes an award of Mr. Jain's expenses in bringing the motion to compel is unjust under Rule 37(a)(5)(A)(iii). The defendants, however, are warned that otherwise the uncontested circumstances outlined in Mr. Jain's motion would result in an award of Mr. Jain's reasonable expenses in bringing the motion.

**ORDERED** in Tampa, Florida on May 22, 2024.

*[Signature: Amanda Arnold Sansone]*

AMANDA ARNOLD SANSONE
United States Magistrate Judge